COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:       Lisa Davis v. Dalayna Smith

Appellate case number:     01-14-00806-CV

Trial court case number:   PR-0074876A

Trial court:               Probate Court of Galveston County

   The record in this appeal was originally due on October 27, 2014. The clerk's record was filed on November 13, 2014, but the reporter's record has not been filed. On October 10, 2014, the Clerk of this Court notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not (1) requested a reporter's record or (2) paid, or made arrangements to pay, for the reporter's record. *See* TEX. R. APP. P. 35.3(b). The Clerk further notified appellant that unless she provided written evidence that she has paid, or made arrangements to pay, for the reporter's record, or provided proof that she is entitled to proceed without payment of costs by November 10, 2014, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P 37.3(c). Appellant failed to respond to the notice. Although the docketing statement filed by appellant on October 14, 2014 states that she requested the reporter's record and made arrangements to pay for the record, the court reporter filed an information sheet informing the Court that appellant's docketing statement is incorrect and that appellant has neither requested nor paid for the reporter's record.

   Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.* Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Given the delay caused by appellant, no extensions will be granted absent extraordinary circumstances.

   It is so ORDERED.


Judge's signature: /s/ <u>Michael Massengale</u>
       ⊠ Acting individually  ☐ Acting for the Court


Date: February 26, 2015